CASE 6—INDICTMENT—NOVEMBER 1.

## Devoto vs. Commonwealth.

APPEAL FROM JEFFERSON CIRCUIT COURT.

Upon the trial of an indictment for receiving certain goods, knowing them to have been stolen, evidence that other stolen goods were found in the possession of the de-

fendant is admissible for the purpose of showing guilty knowledge on the part of the accused that the goods, for receiving which he is charged, were stolen.

N. WOLFE, for appellant cited 4 *C. & P.*, 386; *Archbold Cr. Pleading*, page 103; 1 *Wheeler's Cases*, page 203.

A. J. JAMES, Attorney General, for Commonwealth, cited 1 *Rev. Stat.*, 390; *Crim. Code, sec.* 334; *Wharton's Amer. Crim. Law*, section 631; *Ib., sec.* 1889, *and authorities there cited; Ib., sec.* 728; 3 *Greenleaf's Ev.*, sections 31 *and* 34; *Roscoe's Crim. Ev.*, page 875; 2 *Russell on Crimes*, pages 251–2.

JUDGE-DUVALL DELIVERED THE OPINION OF THE COURT:

The defendant was indicted for receiving certain goods, knowing them to have been stolen. On the trial the court below admitted evidence tending to prove that other stolen goods were found in the possession of the defendant. Whether such evidence was admissible or not is the only question to be decided.

After a careful examination of the authorities we are satisfied that the court below decided this point correctly. It seems to be the well settled doctrine that such evidence is admissible for the purpose of showing guilty knowledge on the part of the accused that the goods, for receiving which he is charged, were stolen. (2 *Russell on Crimes*, pages 251–2; 3 *Greenleaf on Evidence*, sections 31; 34.)

The judgment is therefore affirmed.